JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERMIT TY POULSON,<br><br>        Petitioner,<br><br>  v.<br><br>HEIDI ULBRICHT, et al.,<br><br>        Respondents. | Case No. 5:24-cv-02519-MRA-MAA<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 21, 2025

_____
HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE